Bausch & Lomb Optical Co. et al.; and *Mr. Raymond M. White* for Carl Zeiss, Inc.,—respondents. *Solicitor General Fahy* and *Assistant Attorney General Tom C. Clark* filed a brief on behalf of the United States, as *amicus curiae,* in support of the petition.

No. 863. MAGNOLIA PETROLEUM CO. ET AL. *v.* HUNT. May 3, 1943. Petition for writ of certiorari to the Court of Appeals, First Circuit, of Louisiana, granted. *Messrs. Cullen R. Liskow* and *Homer Hendricks* for petitioners.

No. 864. MERCHANTS NATIONAL BANK, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Edward C. Thayer* for petitioner. *Solicitor General Fahy* for respondent.

No. 830. BRADY, ADMINISTRATRIX, *v.* SOUTHERN RAILWAY Co. See *post,* p. 777.

No. 882. NORTHWEST AIRLINES, INC. *v.* MINNESOTA. May 10, 1943. Petition for writ of certiorari to the Supreme Court of Minnesota granted. *Messrs. M. J. Doherty* and *W. E. Rumble* for petitioner. *Messrs. J. A. A. Burnquist,* Attorney General of Minnesota, and *Geo. B. Sjoselius,* Assistant Attorney General, for respondent.

No. 881. CONSUMERS IMPORT CO., INC. ET AL. *v.* KABUSHIKI KAISHA KAWASAKI ZOSENJO ET AL. May 10, 1943.